UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV14-7542-CAS(MANx) | Date | March 30, 2015 |
| Title | ORLANDO CORTINAS v. OCWEN LOAN SERVICING, LLC | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Trinette Kent | Peter Watson |

**Proceedings:** TELEPHONIC SCHEDULING CONFERENCE

Hearing held telephonically and counsel are present. The Court confers with counsel and schedules the following dates:

Request for leave to file amended pleadings or to add parties: <u>June 1, 2015</u>;
Settlement Completion Cutoff: <u>November 12, 2015</u>;
Factual Discovery Cut-off: <u>November 25, 2015</u>;
Last Day to File Motions: <u>January 8, 2016</u>;
Exchange of Expert Reports Cut-off: <u>November 16, 2015</u>;
Exchange of Rebuttal Reports Cut-off: <u>December 7, 2015</u>;
Expert Discovery Cut-off: <u>January 4, 2016</u>;
Status Conference re: Settlement **(11:00 A.M.)**: **November 30, 2015**;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): March 7, 2016;** and
Jury Trial **(9:30 A.M.): April 5, 2016.**

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

|  | 00 : 08 |
|---|---|
|  | Initials of Preparer    CMJ |

cc: ADR