1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Orlando Cortinas, | Case No.: 2:14-cv-07542-CAS-AS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| Ocwen Loan Servicng, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: November 10, 2016

*Christina A. Snyder*
_____
HON. CHRISTINA A. SNYDER

ORDER